No. 938.  LEWIS, CIRCUIT CLERK AND REGISTRAR OF ELECTIONS, *v.* KENNEDY, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.  *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands* and *Guy N. Rogers,* Assistant Attorneys General, and *Peter M. Stockett, Jr.* and *William A. Allain,* Special Attorneys General, for petitioner.  *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 950.  SARELAS *v.* SHEEHAN.  C. A. 7th Cir.  Certiorari denied.  *Peter S. Sarelas,* petitioner, *pro se.*

No. 952.  MARYLAND CASUALTY Co. *v.* HALLATT.  C. A. 5th Cir.  Certiorari denied.  *Dewey Knight* for petitioner.  *Lawrence G. Ropes, Jr.* for respondent.

No. 955.  HOWARD, ALIAS JONES, *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Salvatore E. Oddo* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 956.  LYON STEAMSHIP LTD. *v.* SULLIVAN.  Supreme Court of Washington.  Certiorari denied.  *Lane Summers* for petitioner.

No. 964.  BENNETT *v.* FORD MOTOR Co.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Samuel Intrater* for petitioner.  *Ralph L. Chappell, Leo A. Rosetta* and *Laidler B. Mackall* for respondent.